[No. 5213–0–II.   Division Two.   December 10, 1982.]

MELHAFF TRUCKING COMPANY, ET AL, *Appellants,* v. PETER
KIEWIT SONS', INC., *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 45876, Alan R. Hallowell, J., entered November 14, 1980. *Affirmed* by unpublished opinion per

Reed, C.J., concurred in by Petrich and Worswick, JJ.